# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Julia Brand, Presiding
### Courtroom 1375 Calendar

**Tuesday, April 28, 2026**                                              **Hearing Room    1375**

<u>10:00 AM</u>
**2:26-12880    Wesley Devaughn Randall, Sr.**                                              **Chapter 13**

   **#24.00**   Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic
Stay as the Court Deems Appropriate 5343 Montair Ave, Lakewood, CA 90712
and 39553 Hawthorne St., Palmdale, CA 93551 .

Docket    14

**Tentative Ruling:**

No opposition was filed.

Section 362(c)(3)(A) states that if a single or joint case is filed by or
against a debtor who is an individual in a case under chapter 7, 11, or 13, and
if a single or joint case of the debtor was pending within the preceding one-
year period but was dismissed, other than a case refiled under a chapter
other than chapter 7 after dismissal under § 707(b), the stay under § 362(a)
with respect to any action taken with respect to a debt or property securing
such debt or with respect to any lease shall terminate *with respect to the
debtor* on the 30th day after the filing of the later case.  11 U.S.C. § 362(c)(3)
(A) (emphasis added).

On motion of a party in interest for *continuation* of the automatic stay
and upon notice and a hearing, the Court may extend the stay in particular
cases as to any and all creditors (subject to such conditions and limitations as
the Court may then impose) **after notice and a hearing completed before
expiration of the 30-day period** only if the party in interest demonstrates that
the filing of the later case is in *good faith* as to the creditors to be stayed.  11
U.S.C. § 362(c)(3)(B) (emphases added).

In this case, debtor filed the voluntary chapter 13 petition on March 26,
2026.  This motion was filed on April 2, 2026. The Court granted an extension
of the stay on an interim basis and set a hearing on the motion for April 28,
2026 at 10:00 a.m.

According to the evidence, debtor seeks a continuation of the
automatic stay as to all creditors served with the motion.  Pursuant to the
evidence presented, the Court GRANTS the relief requested in the motion

**United States Bankruptcy Court**
**Central District of California**
Los Angeles
**Julia Brand, Presiding**
**Courtroom 1375 Calendar**

**Tuesday, April 28, 2026**                                         **Hearing Room    1375**

10:00 AM
**CONT...    Wesley Devaughn Randall, Sr.**                          **Chapter 13**
based upon an apparent change in the personal and financial affairs of the
debtor since dismissal of the last case.  **Appearances waived**.

        Debtor's counsel shall upload an appropriate order via the Court's LOU
system.

| Party Information |
|---|

**Debtor(s):**

    Wesley Devaughn Randall .              Represented By
                                              Onyinye N Anyama

**Movant(s):**

    Wesley Devaughn Randall .              Represented By
                                              Onyinye N Anyama

**Trustee(s):**

    Nancy K Curry (TR)                     Pro Se